**2002–1527.  State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relators' application for partial voluntary dismissal of claim for relief,

IT IS ORDERED by the court that relators' application be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that relators' claim for relief in mandamus seeking to compel respondents to approve the August 1, 2002 budget request of the relators be, and hereby is, dismissed; and that David Lee, Executive Director of the Montgomery County Veterans Service Commission, be, and hereby is, dismissed as a respondent herein. The remainder of relators' claims remain pending.

**2002–1770.  State ex rel. Ohio Dept. of Mental Health v. Nadel.**
Hamilton App. No. C–020255, 2002-Ohio-4449. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. It appears from the records of this court that appellant, Dr. Stewart M. Harris, has not filed a merit brief, due December 9, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the appeal of Dr. Stewart M. Harris be, and hereby is, dismissed, sua sponte.

IT IS FURTHER ORDERED by the court that the appeals of Judge Norbert A. Nadel and Judge Richard A. Bernat remain pending.

[Cite as *12/23/2002 Case Announcements,* 2002-Ohio-7091.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 23, 2002*

## DISCIPLINARY CASES

**2002–0326.  Disciplinary Counsel v. Westgate.**
IT IS ORDERED by this court, sua sponte, that Gregory A. Westgate, Attorney Registration No. 0036768, last known business address in Lorain, Ohio, be found in contempt for failure to comply with this court's order of August 21, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before September 20, 2002.

**2002–0606.  In re Resignation of Belkin.**
IT IS ORDERED by this court, sua sponte, that Alan Scott Belkin, Attorney Registration No. 0011542, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of August 15, 2002, to wit, failure to file an affidavit of compliance on or before September 16, 2002.

[Cite as *12/24/2002 Case Announcements,* 2002-Ohio-7118.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 24, 2002*

## MEDIATION REFERRALS